UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS SAMBO<br>Individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMWASTE, LLC,<br><br>    Defendant. | Case No.: 2:22-CV-00647-RDP |

## ORDER

This case is before the court on Plaintiff's Notice of Voluntary Dismissal of Defendant Amwaste, LLC. (Doc. # 5). In light of this Notice, it is hereby **ORDERED** that the action against Defendant Amwaste, LLC is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is **DIRECTED** to close this action.

Costs are taxed as paid.

**DONE** and **ORDERED** this July 6, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE